■ In the Matter of LEWIS N. (Anonymous), Appellant. — Appeal from an order of the Family Court, Queens County, dated November 6, 1972, which (1) adjudged appellant to be a juvenile delinquent in that he had committed an act which would, if committed by an adult, have constituted, *inter alia*, possession of stolen property and (2) placed him in the New York State Training School for a period not to exceed 18 months. Order modified, on the law and the facts, by deleting therefrom the adjudication that the act in question would also have constituted grand larceny and unlawful use of a vehicle. As so modified, order affirmed, without costs. In our opinion, the adjudication with respect to possession of stolen property was justified by the proof, but the trial court should not also have made the guilty adjudication with reference to grand larceny and unlawful use of a vehicle. Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of CALVIN WILLIAMS, Respondent, v. NEW YORK CITY COUNCIL AGAINST POVERTY et al., Respondents, and BEDFORD-STUYVESANT YOUTH IN ACTION COMMUNITY CORPORATION, Appellant. — Order of the Supreme Court, Kings County, entered December 11, 1972, as resettled by an order entered January 29, 1973, affirmed, without costs. No opinion. The proceeding is remanded to the Special Term for implementation of its order. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ KARL W. KOCH, III, Plaintiff, v. HAVEN-BUSCH Co. et al., Respondents, and GOODRICH ASSOCIATES, INC., Appellant. GOODNOR CONSTRUCTION CORP., Third-Party Plaintiff-Respondent, v. BILTMORE CONSTUCTION, INC., Third-Party Defendant-Respondent. — In a negligence action to recover damages for personal injuries, defendant Goodrich Associates, Inc. appeals from an order of the Supreme Court, Nassau County, dated October 24, 1972, which denied its motion pursuant to CPLR 3212 for summary judgment dismissing all cross complaints interposed against it. Order reversed, on the law, with one bill of $20 costs and disbursements to appellant against defendants Haven-Busch Co., Compo Bros., Inc., Goodnor Construction Corp. and E. J. Korvette, and cross complaints of said defendants against Goodrich Associates, Inc., dismissed; and the cross complaint of the third-party defendant, Biltmore Construction, Inc., against Goodrich Associates, Inc., is deemed discontinued pursuant to stipulation, without costs. In our opinion, the uncontroverted claim in the affidavits submitted in behalf of appellant, that it had no connection with the incidents complained of and was erroneously named a defendant, entitled it to summary relief against the cross complaints. The main action against appellant was discontinued by stipulation. Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.